**U.S.A. vs. Rashad Cunningham**                                    **Docket No. 5:25-CR-304-1D**

### Petition for Action on Supervised Release

COMES NOW Taylor R. Westphalen, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Rashad Cunningham, who, upon an earlier plea of guilty to Possession with Intent to Distribute 50 Grams or More of Cocaine Base, 21 U.S.C. § 841 (a)(1), and Possession of a Firearm in Furtherance of Drug Trafficking, 18 U.S.C. § 924 (c)(1)(A), was sentenced by the Honorable Henry Coke Morgan, Jr., Senior U.S. District Judge for the Eastern District of Virginia, on March 4, 2005, to the custody of the Bureau of Prisons for a term of 300 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 120 months.

Cunningham was released from custody on April 29, 2019, at which time the term of supervised release commenced.

Jurisdiction in this matter was transferred to the Eastern District of North Carolina on December 17, 2025, and assigned to the Honorable James C. Dever III.

At sentencing, the defendant was ordered to abide by mandatory, standard, and special conditions of supervision. Pursuant to Section 5D1.4 of the Federal Sentencing Guidelines, the United States Probation Office has conducted an individualized assessment, taking the following factors into consideration: 18 U.S.C. §§ 3583(c) and (e)(2). Based on this assessment, it is recommended that the defendant be subject to the mandatory conditions that were imposed at sentencing, the standard conditions, as referenced in the current standing order for the Eastern District of North Carolina, and the below special conditions, as well as any other conditions previously imposed by means of prior court action during the term of supervision.

## IT IS THE ORDER OF THE COURT THAT YOU SHALL COMPLY WITH THE FOLLOWING STANDARD CONDITIONS:

1) The defendant shall not leave the judicial district without the permission of the court or probation officer.

2) The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

3) The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.

4) The defendant shall support his or her dependents and meet other family responsibilities.

5) The defendant shall work regularly at a lawful occupation unless excused by the probation officer or schooling, training, or other acceptable reasons.

6) The defendant shall notify the Probation Officer at least ten days prior to any change in residence or employment.

7) The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by physician.

8) The defendant shall not frequent places where controlled substances are illegally sold, used, distributed or administered.

9) The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

10) The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer.

11) The defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer.

12) The defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court.

13) As directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## IT IS THE FURTHER ORDER OF THE COURT THAT YOU SHALL COMPLY WITH THE FOLLOWING SPECIAL CONDITIONS:

1) The defendant shall refrain from any unlawful use of a controlled substance and abuse of alcohol and submit to one drug test within 15 days of release on supervised release and at least two periodic drug tests thereafter, as directed by the probation officer.

2) If at anytime the defendant tests positive for the use of any controlled substance or abuse of alcohol, the defendant will be required to participate in and successfully complete a residential or outpatient substance abuse program, as directed by the probation officer.

3) If at anytime the defendant tests positive for the use of any controlled substance or abuse of alcohol, the defendant shall not operate any form of motor vehicle whatsoever at anytime during the period of supervised release, regardless of whether he has an operator's license from the Commonwealth of Virginia or any other state.

4) The defendant shall participate in a program of anger management, as directed by the probation officer.

5) The defendant shall pay child support for his minor child in the amount ordered by any court of competent jurisdiction. The court reserves the right to impose an order requiring defendant to pay child support upon his release from confinement.

6) If the defendant has not already obtained his General Equivalency Diploma (G.E.D.), he shall be required to participate in an educational or vocational program, as directed by the probation officer.

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

Based on the individualized assessment of this case, it is respectfully recommended that the defendant comply with the above conditions.

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

The defendant signed a Waiver of Hearing acknowledging and agreeing to the standard and special conditions as outlined above.

**PRAYING THAT THE COURT WILL ORDER** the defendant is continued under supervision and subject to the above-listed conditions of supervision. To the extent that any of these conditions vary from those imposed at the time of sentencing, based on the individualized assessment conducted, these conditions replace those originally imposed. In consultation with the probation officer the court has conducted an individualized assessment and except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Taylor R. Westphalen
Taylor R. Westphalen
Senior U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8698
Executed On: June 9, 2026

## ORDER OF THE COURT

Considered and ordered this ___10___ day of ___June___, 2026, and ordered filed and made a part of the records in the above case.

James C. Dever III
U.S. District Judge